## Waldo M. Johnson v. Myra Crispell.

Graves, J. This case is governed by *Johnson v. Crispell*, just decided, and the same judgment will be entered.

The other Justices concurred.